# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| LISA BLANCHARD MORALES ) | |

**THIS MATTER** is before the Court to exonerate the real estate lien note and deed of trust posted as bond for the Defendant herein.

Defendant was arrested and released on a secured bond in the amount of $25,000 posted by the Defendant and her husband, Miguel E. Morales, in the form of a Real Estate Lien Note and Deed of Trust. The note and deed of trust are being held by the Clerk until final disposition of this case.

Defendant entered a plea on April 14, 2004, and sentenced by the undersigned on August 19, 2004, to a 70 month term of imprisonment. There being no further liability on the bond, the Court will order it exonerated.

**IT IS, THEREFORE, ORDERED** that the bond herein referenced is hereby exonerated and the Clerk of Court is directed to write across the face of the Real Estate Lien Note and Deed of Trust that the bond has been exonerated and the Note and Deed of Trust are satisfied, and return same to the Grantors, in care of B.B. Massagee, III, Attorney at Law, 240 Third Avenue West, Hendersonville, North Carolina, 28739.

Signed: April 4, 2006

_____
Lacy H. Thornburg
United States District Judge